MacNEILL, treasurer, *v.* BELLAH.

WYATT, Justice. This case is controlled by the ruling in *MacNeill* v. *Wertz,* ante. *Judgment reversed. All the Justices concur.*